## In re ERNEST TURNER.

No. A-6744.  Opinion Filed Feb. 29, 1928.

(264 Pac. 1118.)

PER CURIAM.  Petition for writ of habeas corpus brought by Octave Turner, on behalf of her son, Ernest Turner, alleging that Ben B. Dancy, sheriff of Oklahoma county, unlawfully restrains Ernest Turner for nonpayment of court costs, accruing on a conviction for misdemeanor, wherein said Ernest Turner was convicted and sentenced to serve 30 days in the county jail.  A demurrer to said petition was interposed and sustained.

## HARRELL v. GRUNERT, Judge.

No. A-6888.  Opinion Filed Feb. 29, 1928.

(264 Pac. 1118.)

Sigler & Jackson, for petitioner.

The Attorney General, for respondent.

PER CURIAM.  On January 30, 1928, counsel for petitioner filed with the clerk of this court a petition for an alternative writ of mandamus.  Said petition was set for hearing on February 2.  On that day counsel for petitioner filed a motion to dismiss, which was sustained, and the cause dismissed.